JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| PHILIP WALKER, an individual, | Case No. 8:19-cv-01107-JLS-DFM |
| Plaintiff, | **ORDER FOR DISMISSAL OF COMPLAINT** |
| vs. | |
| LAITEK INC., an Illinois Corporation, and DOES 1 - 25, inclusive, | Assigned for All Purposes To:<br>Judge: Hon. Josephine L. Staton<br>Ctrm: 10A |
| Defendant. | Action Filed: April 9, 2019 |

IT IS HEREBY ORDERED that the Complaint of Plaintiff PHILIP WALKER is hereby dismissed with prejudice as to the entire action.

Dated: 03/18/2020

JOSEPHINE L. STATON
_____
JOSEPHINE L. STATON
United States District Judge



ORDER FOR DISMISSAL OF COMPLAINT

M:\Civil\SA19CV01107JLS-ORDER.docx